| |
|---|
| **UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |

| | |
|---|---|
| IN RE:<br><br>PHILIP ROSAMILIA<br>KATHERINE ROSAMILIA,<br><br>**Debtors** | Case No.:   08-27101 NLW |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $6,532.53, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | NATIONAL PAYMENT CENTER<br>PO BOX 4169<br>US DEPT OF EDUCATION<br>GREENSVILLE, TX  75403 |
| Amount: | $6,532.53 |
| Trustee Claim Number: | 37 |
| Reason: | Checks have been returned as undeliverable |

Dated:  November 20, 2013

By:  /S/  Marie-Ann Greenberg
MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE